**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000689**
**04-JAN-2019**
**08:26 AM**

NO. CAAP-18-0000689

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHAE VAZQUEZ,
Plaintiff-Appellant,

v.

DAVID KAM,
Defendant-Appellee

and

DOES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-2016)

ORDER APPROVING THE DECEMBER 5, 2018
STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed on December 5, 2018, by Plaintiff-Appellant Chae Vazquez, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b). The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, January 4, 2019.


Chief Judge


Associate Judge


Associate Judge